United States District Court
Southern District of Texas
**ENTERED**
November 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARCIA | ) | |
| | ) | MISC. ACTION NUMBER |
| VS. | ) | M-11-05 |
| | ) | |
| JOE KEFFER | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Leticia Garcia's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 24th day of November, 2018, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE